1  LAW OFFICES OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Jeffrey I. Schwarzschild, SBN. 192086
   2001 P Street, Suite 100
3  Sacramento, California  95814
   Telephone:  (916) 443-6911
4  Facsimile:  (916) 447-8336
   E-mail: mark@markmerin.com
5
   Attorneys for Plaintiffs
6
   BOORNAZIAN, JENSEN & GARTHE
7  Gregory J. Rockwell, SBN 67305
   A Professional Corporation
8  555 12th Street, Suite 1800
   P. O. Box 12925
9  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
10 Facsimile: (510) 839-1897
   E-mail: grockwell@bjg.com
11
   Attorneys for Defendants
12
                          —o0o—
13
              UNITED STATES DISTRICT COURT
14
              NORTHERN DISTRICT OF CALIFORNIA
15
                          —o0o—
16

| 17 | DANIEL SCHAFFER, on behalf of himself and all those similarly situated; | CASE NO:   C 06-0310 MMC |
|---|---|---|
| 18 | | **STIPULATION FOR PARTIES TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER** |
| 19 | Plaintiffs, | |
| 20 | v. | DATE:       April 21, 2006<br>TIME:       10:30 a.m. |
| 21 | COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF CHARLES C. PLUMMER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE, | CTRM:     7, 19th Floor<br>JUDGE:    Hon. Maxine M. Chesney |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |

25

26

1   The parties to this action stipulate and jointly request the Court to issue an Order allowing them to
2   appear by telephone at the Case Management Conference presently set for Friday, April 21, 2006.  The
3   reason for this request is that Mr. Merin, attorney for plaintiffs, has a previously scheduled union
4   negotiations meeting in Rancho Cordova, California, at 1:00 p.m. on April 21, 2006, and would be unable
5   to return from the 10:30 a.m. Case Management Conference in San Francisco in time to appear for his
6   1:00 p.m. meeting.  In addition, Mr. Rockwell, attorney for defendants, has a 9:00 a.m. telephonic court
7   appearance and finds it would be easier for him also to appear by telephone at the 10:30 a.m. Case
8   Management Conference.

DATED: April 17, 2006                Respectfully submitted,

                                     LAW OFFICE OF MARK E. MERIN

                                             /s/ - "Mark E. Merin"

                                     BY:_____
                                             Mark E. Merin
                                             Attorneys for Plaintiffs

DATED: April 18, 2006                Respectfully submitted,

                                     BOORNAZIAN, JENSEN & GARTHE

                                             /s/ - "Gregory J. Rockwell"

                                     BY:_____
                                             Gregory J. Rockwell
                                             Attorneys for Defendants

### ORDER

   IT IS HEREBY ORDERED that the parties to this matter may appear by telephone at the Case Management Conference presently scheduled for April 21, 2006, at 10:30 a.m.  The Court will initiate the call.

DATED: April 19, 2006                _____
                                     HONORABLE MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE