1  GREGORY J. ROCKWELL, ESQ. (SBN 67305)
   MICHAEL S. ROMEO, ESQ. (SBN 180978)
2  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
3  555 12th Street, Suite 1800
   P. O. Box 12925
4  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
5  Facsimile: (510) 839-1897

6  Attorneys for Defendants
   COUNTY OF ALAMEDA, ALAMEDA
7  COUNTY SHERIFF CHARLES C. PLUMMER

**FILED**

NOV 1 5 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 DANIEL SCHAFFER, on behalf of himself and ) Case No.: C 06 0310 MMC
   all those similarly situated;             )
12                                            ) [PROPOSED] ORDER GRANTING
              Plaintiffs,                     ) SHERIFF CHARLES PLUMMER'S
13                                            ) REQUEST TO BE EXCUSED AT
   vs.                                        ) MEDIATION
14                                            )
   COUNTY OF ALAMEDA, ALAMEDA                 ) Complaint Filed: January 17, 2006
15 COUNTY SHERIFF CHARLES C. PLUMMER,)
   IN HIS INDIVIDUAL AND OFFICIAL             )
16 CAPACITIES, ALAMEDA COUNTY                 )
   SHERIFF'S DEPUTIES, et al.,                )
17                                            )
              Defendants.                     )
18

19      Having considered Defendant ALAMEDA COUNTY SHERIFF CHARLES C.

20 PLUMMER's Request to be Excused from Personally Appearing at the Mediation currently

21 scheduled for November 28, 2006 with Michael Bien at Rosen, Bien & Galvan, in the above-

22 captioned matter, and finding good cause therefore,

23      IT IS HEREBY ORDERED that Sheriff Plummer is excused from personal appearance at

24 the Mediation. Sheriff Plummer shall be available by telephone.

25 DATED: 11-15-06

26

27                                          _____
                                            HON. WAYNE D. BRAZIL
28                                          ADR MAGISTRATE JUDGE
                                     -1-

[PROPOSED] ORDER GRANTING SHERIFF CHARLES PLUMMER'S REQ TO BE EXCUSED AT MEDIATION
*Daniel Schaffer vs. County of Alameda, et al.*; USDC-Nor. Dist. #C06-0310 MMC

TOTAL P.02