1  LAW OFFICES OF MARK E. MERIN
   Mark E. Merin, SBN. 043849
2  Jeffrey I. Schwarzschild, SBN. 192086
   2001 P Street, Suite 100
3  Sacramento, California  95814
   Telephone:  (916) 443-6911
4  Facsimile:  (916) 447-8336
   E-mail: mark@markmerin.com
5
   Attorneys for Plaintiffs
6
   BOORNAZIAN, JENSEN & GARTHE
7  Gregory J. Rockwell, SBN 67305
   A Professional Corporation
8  555 12th Street, Suite 1800
   P. O. Box 12925
9  Oakland, CA 94604-2925
   Telephone: (510) 834-4350
10 Facsimile: (510) 839-1897
   E-mail: grockwell@bjg.com
11
   Attorneys for Defendants
12

13                                   —o0o—

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                                   —o0o—

17 | DANIEL SCHAFFER, on behalf of himself and all those similarly situated; | CASE NO:   C 06-0310 MMC |
|---|---|
18 | | **STIPULATED REQUEST TO RESET HEARING ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION; ORDER** |
19 | Plaintiffs, | |
20 | v. | DATE:   March 9, 2007<br>TIME:   9:00 a.m. |
21 | COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF CHARLES C. PLUMMER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE, | CTRM:   7, 19th Floor<br>JUDGE:   Hon. Maxine M. Chesney |
22 | | |
23 | | |
24 | Defendants. | |

25

26

1  WHEREAS, the date for Plaintiff's Motion for Class Certification is currently set for March 9, 2007, in the above-captioned matter;

WHEREAS, the parties agreed to submit this matter to mediation and, on November 28, 2006, had one day of mediation before Mediator Michael Bien;

WHEREAS, the parties have scheduled two more days of mediation for February 14 and 15, 2007, before the honorable Raul A. Ramirez (Ret.);

WHEREAS, the parties would prefer to focus their efforts on mediation rather than preparing, filing and opposing a motion for class certification;

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, through their counsel of record, that Plaintiffs' Motion for Class Certification be continued to June 8, 2007, at 9:00 a.m., in Courtroom 7.

DATED: January 21, 2007            Respectfully submitted,

                                         LAW OFFICE OF MARK E. MERIN

                                         /s/ - "Mark E. Merin"

                                       BY:_____
                                            Mark E. Merin
                                            Attorneys for Plaintiffs

DATED: January 22, 2007            Respectfully submitted,

                                         BOORNAZIAN, JENSEN & GARTHE

                                         /s/ - "Gregory J. Rockwell"

                                         BY:_____
                                            Gregory J. Rockwell
                                            Attorneys for Defendants

\\\

\\\

\\\

\\\

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Motion for Class Certification be continued to June 8, 2007, at 9:00 a.m., in Courtroom 7. Pursuant to the Local Rules of this District, plaintiff will file and electronically serve his Motion and supporting papers on or before May 4, 2007; defendants will file and electronically serve their Opposition on or before May 18, 2007; and plaintiff will file and electronically serve his Reply to Defendants' Opposition on or before May 25, 2007.

DATED: January 31, 2007

_____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE
IN AND FOR THE NORTHERN DISTRICT