IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER,<br><br>    Plaintiff<br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants | No. 06-0310 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' Joint Case Management Conference Statement, filed April 17, 2007, by which the parties' request that in light of their settlement of the matter, the case management conference be continued until June 8, 2007.

Good cause appearing, the case management conference is hereby CONTINUED from April 27, 2007 to June 8, 2007. A joint case management statement shall be filed no later than June 1, 2007.

**IT IS SO ORDERED.**

Dated: April 23, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge