IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER, | No. 06-0310 MMC |
| Plaintiff | **DIRECTIONS TO CLERK** |
| v. | |
| COUNTY OF ALAMEDA, et al., | |
| Defendants | |

The Court is in receipt of a letter, dated May 22, 2007, from Nancy E. Manuel, who requests information on "any paper work that [she] need[s] to fill out to be a part of this class action."

The Clerk is hereby DIRECTED to file said letter and send a copy to counsel for plaintiff.

**IT IS SO ORDERED.**

Dated: May 29, 2007

MAXINE M. CHESNEY
United States District Judge