| | |
|---|---|
| 1 | LAW OFFICES OF MARK E. MERIN |
|   | Mark E. Merin, SBN. 043849 |
| 2 | Cathleen A. Williams, SBN 068029 |
|   | 2001 P Street, Suite 100 |
| 3 | Sacramento, California  95814 |
|   | Telephone:  (916) 443-6911 |
| 4 | Facsimile:  (916) 447-8336 |
|   | E-mail: mark@markmerin.com |
| 5 | |
|   | Attorneys for Plaintiffs |
| 6 | |
|   | BOORNAZIAN, JENSEN & GARTHE |
| 7 | Gregory J. Rockwell, SBN 67305 |
|   | A Professional Corporation |
| 8 | 555 12th Street, Suite 1800 |
|   | P. O. Box 12925 |
| 9 | Oakland, CA 94604-2925 |
|   | Telephone: (510) 834-4350 |
| 10 | Facsimile: (510) 839-1897 |
|   | E-mail: grockwell@bjg.com |
| 11 | |
|   | Attorneys for Defendants |

—o0o—

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

—o0o—

| | | |
|---|---|---|
| DANIEL SCHAFFER, on behalf of himself and all those similarly situated; | | CASE NO:      C 06-0310 MMC |
| | Plaintiffs, | **STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE TO THE SAME DATE AS THE HEARING ON THE STIPULATED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT; [PROPOSED] ORDER** |
| v. | | |
| COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF CHARLES C. PLUMMER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE, | | DATE:     June 15, 2007<br>TIME:      9:00 a.m.<br>CTRM:    7, 19th Floor<br>JUDGE:   Hon. Maxine M. Chesney |
| | Defendants. | |

Page 1 of 2

DANIEL SCHAFFER, et al. v. COUNTY OF ALAMEDA, et al.　　　　　　USDC, Northern District, Case No. C 06-0310 MMC
STIPULATED REQUEST TO RESET CMC; [PROPOSED] ORDER

WHEREAS, the date for a Further Case Management Conference is currently set for June 8, 2007, at 10:30 a.m. in the above-captioned matter;

WHEREAS, the date for hearing on the parties Stipulated Motion for Preliminary Approval of Settlement is currently set for June 15, 2007, at 9:00 a.m.;

IT IS HEREBY RESPECTFULLY REQUESTED AND STIPULATED, by and between the parties hereto, through their counsel of record, that the Further Case Management Conference be continued to June 15, 2007, at 9:00 a.m. so as to be heard at the same time as the parties' Stipulated Motion for Preliminary Approval of Settlement.

DATED: May 30, 2007			Respectfully submitted,

			LAW OFFICE OF MARK E. MERIN

			/s/ - "Mark E. Merin"
			BY:_____
			Mark E. Merin
			Attorneys for Plaintiffs

DATED: May 30, 2007			Respectfully submitted,

			BOORNAZIAN, JENSEN & GARTHE

			/s/ - "Gregory J. Rockwell"
			BY:_____
			Gregory J. Rockwell
			Attorneys for Defendants

### ORDER

IT IS HEREBY ORDERED that the Further Case Management Conference presently set for June 8, 2007, be continued to June 15, 2007, at 9:00 a.m., in Courtroom 7.

DATED: __May 31__, 2007		_____
			HONORABLE MAXINE M. CHESNEY
			UNITED STATES DISTRICT COURT JUDGE
			IN AND FOR THE NORTHERN DISTRICT