IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL SCHAFFER,

        Plaintiff

   v.

COUNTY OF ALAMEDA, et al.,

        Defendants

                                 /

No. 06-0310 MMC

**DIRECTIONS TO CLERK**

       The Court is in receipt of a letter, dated May 24, 2007, from Kent Charles, who states: "I would like to know how far are you into settling on the Daniel Schaffer v. County of Alameda [case]." He also seeks information on a "claim form" he states he "already sen[t] in."

       The Court is also in receipt of a letter, dated May 22, 2007, from Shawndra Star Boode, who states: "Will you please send me any paperwork that I need to fill out to be a part of this class action?"

       The Clerk is hereby DIRECTED to file said letters and send a copy of each letter to counsel for plaintiff.

       With respect to future inquiries from asserted potential class members, the Clerk is hereby DIRECTED to file such documents and to send a copy of each to counsel for plaintiff.

       **IT IS SO ORDERED.**

Dated: June 1, 2007

                                                  MAXINE M. CHESNEY
                                                  United States District Judge