IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHIA CORPORATION,

    Plaintiff,

v.

SEOUL SEMICONDUCTOR CO.,LTD., et al.,

    Defendants
                                              /

No. C 06-0162 MMC

**ORDER AFFORDING PLAINTIFF OPPORTUNITY TO SUPPLEMENT MOTION TO FILE DOCUMENTS UNDER SEAL**

    The Court is in receipt of plaintiff's "Administrative Motion to File Documents Under Seal," filed June 15, 2007.

    "A sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(a). "The request must be narrowly tailored to seek sealing only of sealable material." Id.

    In support of the instant motion, plaintiff offers the Declaration of Jason M. Julian, who asserts, inter alia, that fourteen specified exhibits offered in support of plaintiff's motion for summary judgment should be filed under seal because "they were designated as confidential" by plaintiff. (See Julian Decl. ¶ 4.) Such conclusory statement does not establish that any part of said exhibits is privileged, protectable as a trade secret, or otherwise entitled to protection from public disclosure, let alone that the entirety of each

1  such exhibit constitutes sealable material.

2  Accordingly, the Court will afford plaintiff the opportunity to file, no later than June 27, 2007, a supplemental declaration setting forth, as to each of said fourteen exhibits, an explanation for plaintiff's designation, and, specifically, to demonstrate why each such exhibit, in its entirety or in part, is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." See Civil L.R. 79-5(a).

**IT IS SO ORDERED**.

Dated:  June 20, 2007

MAXINE M. CHESNEY
United States District Judge