```
1  MARK E. MERIN, ESQ. (SBN 043849)
   LAW OFFICE OF MARK E. MERIN
2  2001 P Street, Suite 100
   Sacramento, CA 95814
3  Telephone: (916) 443-6911
   Facsimile: (916) 447-8336
4
   Attorneys for Plaintiffs
5
   GREGORY J. ROCKWELL, ESQ. (SBN 67305)
6  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation
7  555 12th Street, Suite 1800
   P. O. Box 12925
8  Oakland, CA  94604-2925
   Telephone: (510) 834-4350
9  Facsimile: (510) 839-1897

10 Attorneys for Defendants
   COUNTY OF ALAMEDA, ALAMEDA
11 COUNTY SHERIFF CHARLES C. PLUMMER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER, on behalf of himself and all those similarly situated; <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF ALAMEDA, ALAMEDA COUNTY SHERIFF CHARLES C. PLUMMER, IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES, ALAMEDA COUNTY SHERIFF'S DEPUTIES DOES 1 THROUGH 50, AND ROES 1 THROUGH 20, INCLUSIVE, <br><br> Defendants. | Case No.:  C 06 0310 MMC <br><br> **PROTECTIVE ORDER FOR DISCLOSURE OF RECORDS AND INFORMATION** |

Based on the Stipulated Motion for Preliminary Approval of Provisional Settlement Class and Settlement of Class Action and Order thereon, and good cause appearing therefore:

IT IS HEREBY ORDERED that personnel of the Alameda County Sheriff's Department and the Information Technology Department of the County of Alameda who are authorized to access records in the databases of criminal histories of individuals maintained by the Alameda

-1-

**PROTECTIVE ORDER FOR DISCLOSURE OF RECORDS AND INFORMATION**
*Daniel Schaffer vs. County of Alameda, et al.;* USDC-Nor. Dist. #C06-0310 MMC

County Sheriff's Department, the Inmate Profile System (IPS) or in the Criminal Justice Information System (CJIS) may access those records for the purposes of determining the identities of the individual members of the Settlement Class, their last known addresses (including persons incarcerated at facilities in the state of California), date of birth, social security number, dates of booking, charges and information reflecting whether the Settlement Class Member was on searchable probation at the time of booking of all Settlement Class Members arrested during the Class Periods.

IT IS FURTHER ORDERED that personnel of the Alameda County Sheriff's Department and the Information Technology Department of the County of Alameda are hereby authorized to disclose to Class Counsel, to counsel for defendant COUNTY OF ALAMEDA and to the duly appointed Claims Administrator in the above action all information set forth in the preceding paragraph in order to provide notice to Settlement Class Members, to assist with efforts to update and verify addresses, including but not limited to addresses of Settlement Class Members who are incarcerated, and to apply the reduction categories set forth in the Stipulation of Settlement and Order for preliminary approval of settlement of class action.  The Claims Administrator shall not disclose that information to any third party save and except to assist with efforts to update and verify addresses to provide notice to Settlement Class Members.

IT IS FURTHER ORDERED that any access by personnel of the Alameda County Sheriff's Department and the Information Technology Department of the County of Alameda of the records in databases of criminal histories of individuals maintained by the Alameda County Sheriff's Department, the Inmate Profile System (IPS) or in the Criminal Justice Information System (CJIS) and the provision of information acquired from such access to the Claims Administrator, Class Counsel or counsel for defendant COUNTY OF ALAMEDA pursuant to this order shall not be a violation of California Penal Code section 11105, et seq., the constitutional or statutory right to privacy of Settlement Class Members or any other provision of law which would otherwise deem that information privileged and confidential.

\\\
\\\

-2-

**PROTECTIVE ORDER FOR DISCLOSURE OF RECORDS AND INFORMATION**
*Daniel Schaffer vs. County of Alameda, et al.;* USDC-Nor. Dist. #C06-0310 MMC

-3-

1   IT IS SO ORDERED.

2   Dated: June 20, 2007

3
4   _____
    HON. MAXINE M. CHESNEY
    Judge, United States District Judge
5   Northern District of California

**PROTECTIVE ORDER FOR DISCLOSURE OF RECORDS AND INFORMATION**
*Daniel Schaffer vs. County of Alameda, et al.;* USDC-Nor. Dist. #C06-0310 MMC