IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER,<br><br>　　　　Plaintiff<br>　　v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　/ | No. 06-0310 MMC<br><br>**ORDER DENYING AS PREMATURE ROBERT ANDERSON'S MOTION TO BE INCLUDED IN CIVIL CLAIM; DIRECTIONS TO CLERK** |

By Order and Judgment of Dismissal, filed November 26, 2007, the Court approved a settlement of the above-titled class action. The settlement approved by the Court provides that "[t]o receive payment [a class member] shall be required to submit to the Administrator an executed Claim Form, signed under penalty of perjury." (See Amended Stipulation of Settlement, filed June 18, 2007, at 15:14-15.)

The Court is in receipt of Robert Anderson's ("Anderson") "Motion to be Included in the Instant Civil Claim," filed February 27, 2008, in which Anderson represents that he filed with the County of Alameda ("County") a tort claim seeking individual relief from the County on the basis of strip searches to which he was subjected, that such tort claim was "rejected,"[1] and that the County "directed" him to "present this issue" to the District Court.

---

[1] According to an exhibit attached to the motion, Anderson filed with the County an "application for leave to present a late claim," which application the County denied. Attached to the denial is a "Notice Concerning Strip Search Lawsuit," in which reference is made to the instant action.

1  Specifically, Anderson states: "Please add me to the list of class members."

2  Anderson does not state that he submitted an executed Claim Form to the claims
3  Administrator, much less that the Administrator denied any such claim.  Consequently, the
4  instant motion is premature.

5  Accordingly, the motion is hereby DENIED, without prejudice to Anderson's
6  submitting an executed Claim Form to the Administrator.

7  The Clerk is hereby DIRECTED to send Anderson a Claim Form.

8  **IT IS SO ORDERED.**

10 Dated:  July 14, 2008

_____
MAXINE M. CHESNEY
United States District Judge