IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER,<br><br>    Plaintiff<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants | No. 06-0310 MMC<br><br>**ORDER DIRECTING CLASS COUNSEL TO FILE RESPONSE TO CLASS MEMBER PAGE'S EX PARTE MOTION** |

The Court is in receipt of an "Ex Parte Motion," filed October 27, 2008 by class member Sammy L. Page ("Page"). (See Docket # 97.) In his motion, Page asserts he contacted the Claims Administrator on August 1, 2008 concerning the status of his claim form, and that, to date, the Claims Administrator has not responded to Page's inquiry.[1]

The Court hereby DIRECTS class counsel to file, no later than November 21, 2008, a response to the instant motion, and to serve a copy thereof on Page. (See Order and Judgment of Dismissal, filed November 26, 2007, ¶ 12 (providing Court retains jurisdiction over parties to administer settlement).)

**IT IS SO ORDERED.**

Dated:  November 7, 2008

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] In a prior filing, Page asserted that he had submitted a timely class form. (See Docket # 93.)