United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DANIEL SCHAFFER,                              No. 06-0310 MMC

12            Plaintiff                            **ORDER DIRECTING CLASS COUNSEL
                                                   TO FILE RESPONSE TO JANICE L.**
13       v.                                        **FREEMAN'S LETTER DATED
                                                   NOVEMBER 24, 2008**
14   COUNTY OF ALAMEDA, et al.,

15            Defendants
                                              /
16

17          The Court is in receipt of a letter from Janice L. Freeman ("Freeman"), dated

18   November 24, 2008 and filed by the Clerk of the Court on November 26, 2008.  (See

19   Docket # 105.)  In her letter, Freeman asserts she filed a timely claim in the above-titled

20   action and has not received notice of a denial or a payment.

21          Accordingly, the Court hereby DIRECTS class counsel to file, no later than

22   December 30, 2008, a response to the above-referenced letter, and to serve a copy

23   thereof on Freeman.  (See Order and Judgment of Dismissal, filed November 26, 2007,

24   ¶ 12 (providing Court retains jurisdiction over parties to administer settlement).)

25          **IT IS SO ORDERED.**

26

27   Dated:  December 8, 2008
                                              _____
28                                            MAXINE M. CHESNEY
                                              United States District Judge