IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER,<br><br>    Plaintiff<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants | No. 06-0310 MMC<br><br>**ORDER RE: JANICE L. FREEMAN'S LETTER FILED NOVEMBER 26, 2008** |

     Before the Court is class counsel's Response, filed December 29, 2008, to Janice L. Freeman's ("Freeman") letter, dated November 24, 2008 and filed by the Clerk of the Court on November 26, 2008, in which Freeman states she filed a timely claim form in the above-titled class action and has not received a notice of a denial or a payment.

     In their Response, class counsel states they received Freeman's letter before it was filed with the Court, and that they mailed her a notice of denial on November 26, 2008, based on their determination that Freeman does not qualify as a class member. (See Response Ex. 1.)

     Because Freeman has been provided with a notice of denial, the Court will take no further action on the matter.

     **IT IS SO ORDERED.**

Dated: January 6, 2009

_____
MAXINE M. CHESNEY
United States District Judge