IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCHAFFER,<br><br>    Plaintiff<br><br>  v.<br><br>COUNTY OF ALAMEDA, et al.,<br><br>    Defendants<br>_____ / | No. 06-0310 MMC<br><br>**ORDER RE: CLASS COUNSEL'S RESPONSE TO ROBERT ANDERSON'S LETTER FILED JANUARY 9, 2009; DIRECTING CLASS COUNSEL TO FILE SUPPLEMENTAL RESPONSE; EXTENDING DEADLINE FOR ANDERSON TO FILE REPLY** |

      By order filed January 30, 2009, the Court construed a letter it had received from claimant Robert Anderson's ("Anderson") as a motion to approve a late claim. See, e.g., In re Gypsum Antitrust Cases, 565 F.2d 1123, 1127-28 (9th Cir. 1977) (noting "district court [has] discretion to grant late claims"). In said order, the Court directed class counsel to file a response to the motion no later than February 20, 2009, and afforded Anderson leave to file a reply no later than March 13, 2009.

      On February 11, 2009, class counsel filed a "Response to Robert Anderson's Letter Filed January 9, 2009," in which class counsel states that Anderson's claim was late, and states that "[i]f there is any further information the Court requires, [class counsel] will be happy to attempt to provide it." (See Response, filed February 11, 2009.) The issue before the Court, however, is not whether Anderson's claim is late; indeed, Anderson concedes

his claim was late. Rather, the issue is whether the Court should exercise its discretion to grant a late claim. See <u>In re Gypsum Antitrust Cases</u>, 565 F.2d at 1127-28.

Accordingly, the Court DIRECTS class counsel to file, no later than February 27, 2009, a supplemental response to the Anderson's motion, specifically, to address whether the Court should exercise its discretion to grant Anderson's late claim.

The deadline for Anderson to file a reply is EXTENDED from March 13, 2009 to March 20, 2009.

**IT IS SO ORDERED.**

Dated: February 17, 2009

MAXINE M. CHESNEY
United States District Judge