United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL SCHAFFER,

    Plaintiff

  v.

COUNTY OF ALAMEDA, et al.,

    Defendants
                                /

No. 06-0310 MMC

**ORDER RE: ROBERT ANDERSON'S REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY**

      By order filed March 17, 2009, the Court denied claimant Robert Anderson's ("Anderson") motion to approve a late claim in the above-titled class action. On April 13, 2009, Anderson filed a notice of appeal from the March 17, 2009 order. Also, on April 13, 2009, Anderson filed a "Motion: Request for Issuance of Certificate of Appealability."

      Issuance of a certificate of appealability is mandatory before a party may appeal an order denying a petition for a writ of habeas corpus. See 28 U.S.C. § 2253(c). The instant action, however, is a class action arising under 42 U.S.C. § 1983, and Anderson can proceed on appeal without need of a certificate of appealability.

      Accordingly, Anderson's request for issuance of a certificate of appealability is hereby DENIED as unnecessary.

      **IT IS SO ORDERED.**

Dated: April 17, 2009

                                                 MAXINE M. CHESNEY
                                                 United States District Judge